

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,503-02

### EX PARTE ELMER SALMERON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W11-00773-M(B) IN THE 194TH DISTRICT COURT FROM DALLAS COUNTY

***Per curiam*.**

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of possession of a controlled substance and sentenced to imprisonment for fifteen years.

On August 1, 2014, an order designating issues was signed by the trial court. The trial court signed findings of fact on January 26, 2015. However, the court also granted a motion for bench warrant so Applicant could attend a hearing on this habeas application which was scheduled to occur on February 19, 2015. Since a habeas hearing was scheduled to occur after the findings had been signed, it appears that the findings were signed before the trial court had finished its fact-finding. We

therefore remand this application to the 194th District Court of Dallas County to allow the trial judge to complete an evidentiary investigation and enter supplemental findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: March 25, 2015
Do not publish